Christopher T. Barone
5523 Old Salt Ln.
Agoura Hills, CA 91301
thectb@yahoo.com
Phone: (818) 661-7721

Self-represented



FILED
CLERK, U.S. DISTRICT COURT
5/19/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___RO___ DEPUTY

CLEAR FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Christopher T. Barone

Plaintiff(s),

v.

County of Los Angeles, a public entity; Los Angeles County Sheriff's Department, a public entity; and Deputy Parks and Deputy Metcalf of Lost Hills/Malibu Sheriff's Station DOES 1-10

Defendant(s)

CASE NUMBER:

2:21-cv-04200-JWH-PD

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   **Christopher T. Barone**
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| CHRISTOPHER T. BARONE | Plaintiff |
| Sheriff ALEX VILLANUEVA  Sheriff -Los Angeles County Sheriff's Department | Defendant |
| SHEILA KUEHL, County of Los Angeles Board of Supervisors | Defendant |
| HILDA L SOLIS, County of Los Angeles Board of Supervisors | Defendant |
| HOLLY J. MITCHELL, County of Los Angeles Board of Supervisors | Defendant |
| JANICE HAHN, County of Los Angeles Board of Supervisors | Defendant |
| KATHRYN BARGER, County of Los Angeles Board of Supervisors | Defendant |
| COUNTY OF LOS ANGELES, Public Entity | Defendant |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, Public Entity | Defendant |

May 19th, 2021
Date

*Christopher T. Barone* (signature)
Signature

Apppearing in pro per:

Christopher T. Barone