

# UNITED STATES POSTAL SERVICE.

AGOURA HILLS
5158 CLARETON DR
AGOURA HILLS, CA 91301-9998
(800)275-8777

02/08/2021                          12:01 PM

----------------------------------------

Product            Qty    Unit        Price
                          Price
----------------------------------------

Priority Mail® 2-Day 1                $7.95
Window FR Env
    Sacramento, CA  94244
    Flat Rate
    Expected Delivery Date
        Fri 02/12/2021
    Tracking #:
        9505 5156 3723 1039 4749 93
    Insurance                         $0.00
        Up to $50.00 included
Total                                 $7.95

----------------------------------------

Grand Total:                          $7.95
----------------------------------------

Credit Card Remitted                  $7.95
    Card Name: VISA
    Account #: XXXXXXXXXXXX3644
    Approval #: 71389D
    Transaction #: 056
    AID: A0000000031010        Chip
    AL: VISA CREDIT
    PIN: Not Required

----------------------------------------

************************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
COVID-19. We appreciate your patience.
************************************************

## Todays posting on llupdate

From: REDACTED

To: thectb@yahoo.com

Date: Monday, January 6, 2020, 01:19 PM PST

This was posted a few minutes ago...letter to the Sheriffs



January 5, 2020

Dear Alex Villanueva, Sheriff of LA County

I write you as a homeowner and President of the Board of Directors of the Lake Lindero Homeowners Association (LLHOA) to respectfully request your office take action to protect LLHOA properties by enforcement of the results of our recent recall election.  Enforcement is urgently needed to stop board members who lost in the election and a former employee from further dismantling of the LLHOA operational and managerial structures.  Since the election, they have sought to fire the management company, the Human Resource company, the security company, the point-of-sales company; they moved the LLHOA bank accounts, threatened vendors with termination if rent is not paid to them instead of the HOA, and instructed members to pay their monthly dues to them instead of the management company.



**Marco Gonzalez**
November 21, 2018 · 🌐

HUGE LOVE from the Los Angeles County Sheriff's Department Malibu/Lost Hills Station.

Its been our pleasure to continue to serve you all!

-Marco



**OFFICE OF THE SHERIFF**

**COUNTY OF LOS ANGELES**
**HALL OF JUSTICE**

JIM McDONNELL, SHERIFF

November 13, 2018

Tavern 101 Grill and Tap House
28434 Roadside Drive
Agoura Hills, California 91301

Dear Marco Gonzalez:

Please accept my sincerest gratitude for the meals you provided to the
personnel working at Malibu/Lost Hills Sheriff's Station during the Woolsey
Fire.

I am truly thankful for the generosity you have shown to our station and want
you to know that nothing could mean more to us than seeing our community
safe.

On behalf of the men and women assigned to the Malibu/Lost Hills Sheriff's
Station, please accept my sincerest appreciation for your extraordinary
expression of kindness.

Sincerely,

JIM McDONNELL, SHERIFF

Joshua W. Thai, Captain
Malibu/Lost Hills Sheriff's Station

211 WEST TEMPLE STREET, LOS ANGELES, CALIFORNIA 90012

*A Tradition of Service*
— Since 1850 —

👍❤️ 240                                    21 Comments  29 Shares



**Marco Gonzalez**
November 17, 2018 · 🌐

These guys were really hungry they couldn't wait to eat. Sending them 40 sandwiches for their team.Lost Hills sheriffs department.



20 Comments 12 Shares

👍❤ 190

👍 Like          💬 Comment          ↪ Share

**Marco Gonzalez**
November 21, 2018 · 🌐

Lost Hills Sheriffs Dept. is in the house gettin' that Thanksgiving Feast!



👍❤️ 60

1 Comment  4 Shares

👍 Like          💬 Comment          ↪ Share

 **Marco Gonzalez**
November 22, 2018 · 🌐

· · ·

HAPPY THANKSGIVING!

Sending a quick spread to Lost Hills Sheriffs Dept and Cornell Fire Station!

Have a great day everyone!!



 46

3 Comments  7 Shares

 Like          💬 Comment           Share



**Marco Gonzalez**
October 31, 2019 · 🌐



**Lost Hills Sheriff's Station**
October 29, 2019 · 🌐

A HUGE thank you to Tavern 101 for providing our station with a delicious cooked meal!

 53                                                2 Comments

👍 Like        💬 Comment        ↪ Share




**Marco Gonzalez**
November 17, 2018 · 🌐



**Marco Gonzalez**
November 17, 2018 · 🌐

These guys were really hungry they couldn't wait to eat. Sending them 40 sandwiches for their team.Lost Hills sheriffs department.

22

👍 Like          💬 Comment           Share

**Tavern 101 Grill & Tap House**
March 15, 2019 · 🌐

···

I just want to say THANK YOU to the Sheriff's department for my new favorite jacket and to the firefighters for sending me additional patches from their firehouse that we added. Have a great weekend!

#oneofakind #sohonored #proudtorepresent #tavernsupportslawinforcementfirefighters



👍❤️ 220

15 Comments

 Like        Comment        Share

**Tavern 101 Grill & Tap House**
November 19, 2018 · 🌐

· · ·



**Marco Gonzalez**
November 19, 2018 · 🌐

A little love from the Lost Hills Sheriff Department:

"Thank you for having us at your fine establishment, we really enjoyed the food and the atmosphere. Your hospitality and support was greatly appreciated. We felt at home. Thank you again!" - Monica Rodriguez Lost Hills Sheriffs Department.

Thank you to Monica and all at the Lost Hills Sheriffs Dept.

- Marco

👍❤️ 111                                                                 10 Shares

 Like           Comment           Share

Our HOA, an association of 459 homeowners/members located in Agoura Hills, CA 91301, conducted a recall election on Dec 19, 2019 to recall (remove) the entire Board of Directors. The recall was successful and a new Board of directors was elected on Dec 23, 2019. The election results were certified by an independent inspector of election. Two independent HOA attorneys provided legal opinions stating the results of our recall election were valid and enforceable. The certified election results and the legal opinions are available for viewing online at the link below.
https://www.llhoaupdate.com/post/two-independent-hoa-attorneys-provided-legal-opinions-recall-election-was-valid-and-enforceable

Three former Board members who were recalled and a former employee ignored the results of our election and refused to step aside for the new board. They staged a coup d'état effectively voiding the results of our recall election by refusing to turn over the LLHOA properties.

The Lost Hills Sheriff's office was called on 12/31/2019 to prevent the former employee from changing the locks to HOA properties. The sheriffs arrived, talked to members of the new board and the former employee, then decided to do nothing, stating it was a civil matter. They may have believed their decision was fair and impartial; it was neither. It did not maintain the status quo; it enabled the former employee and his supporters to continue to dismantle the HOA.

As stipulated in the law, civil code §5110(d), election results certified by the Inspector of Election, in the eyes of the law and the court, are **"prima facie evidence"** of the results and **stand** until challenged in court and voided by court order. The law provides a legal process to challenge the election (CA Corp §7616 & Civ §5145). Anyone with an interest in the outcome of the election has the right to file a complaint of the election. Nothing in the law allows HOA members or Board members to ignore the results of an election without a court order.

Per civil code mentioned above, it is the legal right of the HOA that our election results are recognized by government agencies, including the LA County sheriffs, until it is challenged in court and a court order issued. Our election results can only be voided by court order. No challenge to our election has been filed in court or been voided by court order, therefore the results stand, are valid and to be enforced.

As the saying goes, not to decide is to decide. For county sheriff at Lost Hills Station to decide that our election was a civil matter therefore not honoring the request to protect HOA properties made by our duly elected new board is to void the election results and nullify the authority of the legally elected new board.

We hereby respectfully request Sheriff Alex Villanueva recognize and enforce our election results to protect the HOA properties. This will allow any challenge to the election to be filed and heard. It would preserve the LLHOA properties while the courts hear the challenges, if any. The LLHOA properties could always be dismantled later if a challenge prevails. This would be the fair and impartial action by the Sheriffs.

Should you need additional information, please contact me at: LakeLinderoCountryClub@gmail.com or call me at 818-xxx-xxxx.

Your immediate attention to this matter is highly appreciated.

Sincerely

Michael Allan, President
LLHOA Board of Directors

**Note**: This letter was sent online via LA county Sheriff's Department's Contact us page at  Contact Us – General | Los Angeles County Sheriff's Department .



**Contact Us – General | Los Angeles County Sheriff's Department**

# Exhibit A



Civil Minutes

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:21-cv-04200-JWH-PD                                    Date: October 29, 2021

Title      *Christopher T. Barone v. Los Angeles County Sheriff's Department, et al.*

Present: The Honorable:      Patricia Donahue, United States Magistrate Judge

|                 Isabel Martinez                 |                 N/A                 |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| :---: | :---: |
| N/A | N/A |

**Proceedings:  (IN CHAMBERS) Order Authorizing Early Discovery to Learn Names of Doe Defendants**

On May 19, 2021, Plaintiff Christopher T. Barone, a California resident proceeding pro se, filed a civil rights complaint alleging that Defendants Los Angeles County Sheriff's Department ("LASD"), Deputies Park and Metcalf, and Does 1-10 violated his rights under the United States Constitution and in state law in connection with a wrongful arrest and detention.  [Dkt. No. 1.] On June 23, 2021, the Court screened the initial complaint sua sponte and dismissed it with leave to amend.  [Dkt. No. 4.]  The Court found that the complaint violated Rule 8 of the Federal Rules of Civil Procedure for failing to sufficiently place Defendants on notice of the specific conduct alleged, including when it occurred.  The Court further noted that because Plaintiff did not state the outcome of the arrest, including whether a criminal case was initiated, his claims might be barred by *Heck v. Humphrey*, 512 U.S. 477 (1994).

After receiving an extension of time, Plaintiff filed the First Amended Complaint ("FAC") on September 20, 2021.  [Dkt. No. 10.]  In it, Plaintiff alleges that on February 12, 2020, Deputies Park and Metcalf came to his place of business, the Lake Lindero Country Club in Los Angeles County, and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-04200-JWH-PD                                    Date: October 29, 2021

Title        *Christopher T. Barone v. Los Angeles County Sheriff's Department, et al*

called an individual to the premises who had an expired restraining order against Plaintiff.  Plaintiff states that he informed the deputies that he had never been served with the restraining order.  Despite that fact, Plaintiff was arrested when the individual arrived at the country club.  Additionally, six unnamed deputies searched Plaintiff and his truck without a warrant.  The FAC clarified that the criminal case did not result in a conviction against Plaintiff, and that it was "dropped" in January 2021.  [Dkt. No. 10 at 9.]

The FAC states eight causes of action: (1) violation of the Fourth Amendment for unlawful/unreasonable seizure of person by the deputies; (2) violation of the Fourth Amendment for unreasonable/unlawful entry and search and seizure by six unnamed deputies and the LASD; (3) liability under *Monell v. N.Y.C. Dep't of Soc. Servs.*, 436 U.S. 658, 694 (1978), for the failure to properly hire, fire, discipline, and train by the LASD; (4) *Monell* liability for the violation of Plaintiff's federal constitutional rights as a result of an official policy, custom, usage and practice by the LASD; (5) false arrest/false imprisonment under state law by all defendants; (6) violation of state law Bane Act by all defendants; (7) negligence under state law by all defendants; (8) intentional infliction of emotional distress under state law by all defendants.  Plaintiff seeks compensatory and punitive damages.  [Dkt. No. 10 at 14-27.]

In a separate order, the Court directs service of the Summons and First Amended Complaint on Deputy Park, Deputy Metcalf, and the LASD.

In the FAC, Plaintiff alleges that unnamed deputies seized him and searched him and his truck in violation of the Fourth Amendment and state law.  Doe pleading is generally disfavored in this Circuit.  *Gillespie v. Civiletti*, 629 F.2d 637, 642 (9th Cir. 1980).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-04200-JWH-PD                                    Date: October 29, 2021

Title        *Christopher T. Barone v. Los Angeles County Sheriff's Department, et al.*

To further the speedy and inexpensive determination of this action, as required by Federal Rule of Civil Procedure 1, the Court concludes that it is in the interest of justice to authorize Plaintiff to conduct early discovery under Federal Rule of Civil Procedure 26(d)(1). The Court finds that limited discovery is appropriate to the extent that Plaintiff needs further information to identify the Doe defendants and enable service upon them. *See Wakefield v. Thompson*, 177 F.3d 1160, 1163 (9th Cir. 1999) ("[W]here the identity of the alleged defendant is not known prior to the filing of a complaint, the plaintiff should be given an opportunity through discovery to identify the unknown defendants, unless it is clear that discovery would not uncover the identities, or that the complaint would be dismissed on other grounds." (quoting *Gillespie*, 629 F.2d at 642 (alterations omitted))).

Accordingly, the Court authorizes Plaintiff to serve an interrogatory on the LASD to learn the names of the Doe defendants identified in the FAC who are alleged to have caused Plaintiff's injuries. Plaintiff shall serve the interrogatory no later than **November 15, 2021**.

No later than **January 4, 2022**, Plaintiff shall file one of the following three documents:

(1)   If no Defendant has yet responded to the FAC, Plaintiff shall file a Second Amended Complaint identifying the Doe defendants by name;

(2)   If a Defendant has responded to the FAC, Plaintiff shall file a motion for leave to file a Second Amended Complaint, attaching as an exhibit to the motion a copy of the Second Amended Complaint identifying the Doe defendants by name; or

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-04200-JWH-PD                                                Date: October 29, 2021

Title      *Christopher T. Barone v. Los Angeles County Sheriff's Department, et al.*

(3)     If Plaintiff has not received a response to the interrogatory,
or if the interrogatory response does not identify the Doe
defendants, Plaintiff shall file a Status Report stating when
the interrogatory was served and affirming that no
response was received, or, if a response was received, that
the response did not identify the Doe defendants.  Plaintiff
shall attach to the Status Report a copy of the interrogatory
served on the LASD including the proof of service, and a
copy of any response received from the LASD to the
interrogatory.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | im |

# Exhibit B

INITIAL ORDER IN CIVIL
RIGHTS CASES

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTOPHER T. BARONE,** ) | Case No. 2:21-cv-04200-JWH-PD |
| **Plaintiff,** ) | |
| **v.** ) | **INITIAL ORDER IN CIVIL** |
| ) | **RIGHTS CASES** |
| **LOS ANGELES COUNTY** ) | |
| **SHERIFF'S DEPARTMENT, et al.** ) | |
| **Defendants.** ) | |

This case has been referred to Magistrate Judge Patricia Donahue for pre-trial proceedings. All future pleadings and correspondence shall be addressed to Isabel Martinez, Clerk to Magistrate Judge Donahue, Roybal Federal Courthouse, 255 E. Temple Street, Los Angeles, CA 90012.

**1. Service of Summons and First Amended Complaint**

Plaintiff shall promptly proceed with service of the Summons and First Amended Complaint on all named defendants (Los Angeles County Sheriff's Department, Deputy Park, and Deputy Metcalf). Service of the Summons and First Amended Complaint must comply with the provisions of Rule 4 of

1

the Federal Rules of Civil Procedure. **Plaintiff shall file one copy of the proof of service showing compliance with this order no later than December 30, 2021.** Non-compliance with this paragraph may result in a recommendation of dismissal.

**2. Pro Se Clinic**

Plaintiff is advised that there is a Federal Pro Se Clinic available for assistance. The Clinic offers information and guidance to individuals who are representing themselves in federal civil actions. The Clinic is administered by a non-profit law firm, Public Counsel, not by the Court. More information is available at: http://prose.cacd.uscourts.gov. Please note that Pro Se Clinic consultations are by appointment only.

**3. Requirements for Submitting Pleadings to the Court**

    a. All documents concerning this case are to be submitted for filing either by direct filing at the filing window or by mail, addressed to the Clerk at the address indicated above. Pursuant to Local Rule 83-2.11 of the Local Rules of this Court, the parties must refrain from communicating with the judge by letter or telephone call. All inquiries, requests or other matters to be called to the judge's attention regarding this case must be submitted for filing as motions, application or other appropriate pleadings and a copy must be served on all other parties in the case.

    b. At the top of the first page of any document submitted for filing, Plaintiff shall provide his/her name and mailing address. The address provided will be presumed correct and will be used to communicate with Plaintiff. During the pendency of the action, Plaintiff must notify the Court immediately if his/her address changes and must provide the Court with

2

the new address and its effective date. Any failure by Plaintiff to comply with a court order because Plaintiff did not receive the order due to his/her failure to inform the Court of his/her current address may result in the action being dismissed for failure to prosecute. *See Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988); Local Rule 41-6.

c.  Only one side of each page shall be used. Each document shall have at least a 1 inch margin at the top of each page so that the document can be 2-hole punched and properly bound in the Court file.

d.  Plaintiff shall submit one original (or, if Plaintiff wishes to receive a conformed copy, one original and one copy) of all documents filed with the Court. The Clerk will not make photocopies of documents. Plaintiff is reminded that he/she must sign the original document. *See* Fed. R. Civ. P. 11(a); Local Rule 11-1.

e.  Once a Defendant has been served with process or has entered an appearance in the case, Rule 5 of the Federal Rules of Civil Procedure requires that Plaintiff must serve each Defendant's attorney (or the Defendant him or herself, if not represented by counsel), with a copy of every pleading or other document submitted for the Court's consideration. Each document submitted after any Defendant has entered an appearance in the case or has been served with process must be accompanied by a proof of service upon each such Defendant in accordance with Rule 5 of the Federal Rules of Civil Procedure, and Local Rule 5-3 of this Court. Strict compliance with Rule 5 and Local Rule 5-3 will be required, and any documents which fail to contain the required proof of service will be disregarded.

3

f.   Any document submitted that does not comply with the foregoing may be returned to Plaintiff without filing, or stricken and denied consideration by the court.

**IT IS SO ORDERED.**

DATED: October 29, 2021

_____

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

4

## CERTIFICATE OF SERVICE
### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action.  I live in the County of Los Angeles, State of California.  My  address is 5523 Old Salt Ln. Agoura Hills, CA 91301.

On Nov 12th, 2021,  I served true copies of the following document(s) described as:

**PLAINTIFF'S SPECIAL INTERROGATORIES, SET ONE AND FIRST AMENDED COMPLAINT**

on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION**:  I caused a copy of the document(s) to be sent from e-mail address Dragana33@yahoo.com  to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 12th, 2021, at Agoura Hills, California.

Dragana Barone

1

2

3

4

5

**SERVICE LIST**
*Christopher T. Barone v. Los Angeles County*
*Sheriffs Department, et al.*
**Case No.:2:21-cv-04200-JWH-PD**

6

7

8

9

Jonathan C. McCaverty (210922)
Principal Deputy County Counsel
OFFICE OF COUNTY COUNSEL
General Litigation Division

10

11

Rodrigo A. Castro-Silva (185251)
RCastro-Silva@counsel.lacounty.gov

12

13

Adrian G. Gragas (150698)
AGragas@counsel.lacounty.gov

14

15

Alex Villnueva - avillan@lasd.org

16

17

18

500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone: 213.974.1828
Facsimile: 213.687.8822

**Attorneys for Defendants**
**SHERIFF ALEX VILLNUEVA and**
**LOS ANGELES COUNTY**
**SHERIFF'S DEPARTMENT**
**Tel.: (213) 974-1828**
**Fax: (213) 626-7446**
**Email:**
**jmccaverty@counsel.lacounty.gov;**
**eliao@counsel.lacounty.gov**

19

20

21

22

23

24

25

26

27

28