UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-04200-JWH-PD                                   Date: March 2, 2022

Title    *Christopher T. Barone v. Los Angeles Cty. Sheriff's Department, et al.*

Present: The Honorable:     Patricia Donahue, U.S. Magistrate Judge

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) Order re Plaintiff's Response to Order to Show Cause and Granting Extension to Serve Summons

　　Before the Court is Plaintiff's Status Report, which was filed in response to the Order to Show Caused dated January 14, 2022. [Dkt. No. 14, 15.] The report states that the Los Angeles County Sheriff's Department ("LASD") has not responded to the interrogatories that Plaintiff served upon LASD seeking to identify the Doe defendants listed in the First Amended Complaint (the "FAC"). Plaintiff served the LASD with those interrogatories on February 11, 2022. [Dkt. No. 15 at 7-8.]

　　Additionally, Plaintiff moves for an extension of time in order to complete service upon Deputy Metcalf and Deputy Parks. Plaintiff states that he and his family have experienced medical emergencies and he has struggled with understanding the requirements of litigating this case. Plaintiff is again reminded that the Federal Pro Se clinic is available for assistance.

　　In reviewing the proof of service that Plaintiff has filed in this case, it appears that Plaintiff served LASD with the FAC, but that he has not served the FAC on Deputy Metcalf or Deputy Parks. He has also not served the summons on the LASD, Deputy Metcalf, or Deputy Park.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-04200-JWH-PD                                           Date: March 2, 2022

Title     *Christopher T. Barone v. Los Angeles Cty. Sheriff's Department, et al.*

    Given Plaintiff's statements of his family emergencies, the Court finds that Plaintiff has shown good cause to extend service.  Plaintiff has until **March 30, 2022**, to file proof of service of the FAC and summons upon the LASD, Deputy Metcalf, and Deputy Park.

    **Plaintiff is cautioned that, absent further order of the Court, his failure to timely file proof of service may result in the dismissal of this action pursuant to Federal Rule of Civil Procedure 4(m).**

    **IT IS SO ORDERED.**

 

                                                                                                                             :

Initials of Preparer     im