UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:21-cv-04200-SSS-PD                                         Date:  Nov. 1, 2022

Title      *Christopher T. Barone v. Los Angeles Cty. Sheriff's Department, et al*

Present: The Honorable:    Patricia Donahue, U.S. Magistrate Judge

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     **(In Chambers) Order Setting Status Conference**

   The Court has reviewed Defendants' Discovery Status Report [Dkt. No. 28] filed by Defendants as required by the Case Management Order [Dkt. No. 27.]  The Status Report states that Plaintiff has not provided Defendants with any Initial Disclosures or other documents required by the Case Management Order.

   The Court hereby sets a Status Conference in this matter.  Plaintiff and Defendants' counsel are ordered to appear **in person** in Courtroom 580, Roybal Federal Building and United States Courthouse, 255 East Temple Street, on **November 16, 2022 at 2:30 p.m.**  Plaintiff shall bring to the Status Conference the Initial Disclosures required by the Case Management Order.  Both parties shall be prepared to discuss the status of the case.

   **IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | im |