UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:21-cv-04200-SSS-PD                    Date: Nov. 16, 2022

Title     *Christopher T. Barone v. Los Angeles Cty. Sheriff's Department, et al*

Present: The Honorable:     Patricia Donahue, U.S. Magistrate Judge

Isabel Verduzco                              Court Smart 11/16/22
Deputy Clerk                              Court Reporter / Recorder

Attorneys Present for Plaintiff:        Attorneys Present for Defendants:

Christopher T. Barone, pro se              Erik Gordon Isachsen
                                                       Paul B. Beach

**Proceedings:     Status Conference**

On November 16, 2022, the Court conducted a status conference. Plaintiff stated that he had just provided his Initial Disclosures, consisting of an 8-page document and a thumbdrive, to Defendants' counsel. Defendants' counsel confirmed receipt, though they had not yet reviewed the material. Defendants' counsel will contact Plaintiff if the Initial Disclosures are insufficient.

Plaintiff and Defendants' counsel confirmed that they will comply with the upcoming deadlines set forth in the Case Management Order.

Defendants' counsel noted that the Complaint appears deficient in several respects, including that Plaintiff apparently failed to comply with the California Tort Claims Act. Defendants' counsel will send Plaintiff a letter setting forth the alleged deficiencies, and the parties are ordered to meet and confer on that topic. By no later than **November 30, 2022**, Plaintiff will provide Defendants with a copy of his claim regarding this lawsuit filed under the California Tort Claims Act or advise Defendants that no such claim exists.

The Court orders the parties to file a Status Report by **December 16, 2022**, stating whether the parties have agreed to dismiss certain claims and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-04200-SSS-PD                          Date:  Nov. 16, 2022

Title    *Christopher T. Barone v. Los Angeles Cty. Sheriff's Department, et al*

amend the First Amended Complaint and whether Defendants seek to file a
motion to dismiss.

**IT IS SO ORDERED.**

|  | :15 |
|---|---|
| Initials of Preparer | iv |