UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-04200-SSS-PD                              Date:  December 22, 2022

Title       *Christopher T. Barone v. Los Angeles Cty. Sheriff's Department, et al*

Present: The Honorable:        Patricia Donahue, U.S. Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   Order Re: Further Proceedings and Briefing Schedule

　　The Court has received Defendants' Status Report and declaration of Paul B. Beach in support and Plaintiff's Status Report and declaration of Christopher T. Barone in support. [Dkt. Nos. 31, 33.]  The Court conducted a status conference on November 16, 2022 and ordered Defendants' counsel to send Plaintiff a letter setting forth the alleged deficiencies in the First Amended Complaint, including Plaintiff's alleged noncompliance with the California Tort Claims Act ("CTCA") and improper request for punitive damages.  [Dkt. No. 30.]  Plaintiff was ordered to provide Defendants with a copy of his claim regarding this lawsuit filed under the CTCA or advise Defendants that no such claim exists by November 30, 2022. [*Id*.]  The parties were further ordered to state in their status reports whether Plaintiff has agreed to dismiss certain claims and amend the First Amended Complaint and whether Defendants seek to file a motion to dismiss.  [*Id*.]

　　According to Defendants, Plaintiff failed to provide counsel with a copy of the tort claim, in compliance with the CTCA.  [Dkt. No. 31 at 3; Beach Declaration at ¶ 6.]  In addition, Defendants contend that the records of the County of Los Angeles confirm that Plaintiff did not file a claim as required by the CTCA.  [*Id*. at ¶ 7.]  Defendants request that the Court enter an order to show cause requiring Plaintiff to explain by a date certain as to why his

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-04200-SSS-PD                             Date:  December 22, 2022

Title    _Christopher T. Barone v. Los Angeles Cty. Sheriff's Department, et al_

request for punitive damages against the Los Angeles Sheriff's Department and his state law claims against all Defendants should not be dismissed with prejudice or in the alternative allow Defendants to file a Motion for Judgment on the Pleadings under Rule 12(c) or a Motion for Partial Summary Judgment with respect to these specific issues.  Defendants further request that the Court extend the current dates and deadlines set forth in its Case Management Order [Dkt. No. 27] by 60 days.  [Dkt. No. 31 at 4-5.]

In Plaintiff's Status Report, he states that the County of Los Angeles was notified on July 6, 2020, in accordance with the CTCA of his claim.  [Dkt. Nos. 33 at 2, 33-1.]  Plaintiff also states that he emailed Defendants' counsel and notified him that the claim document was found and he references Exhibits A and B; however, Plaintiff failed to attach any exhibits to his declaration.  Plaintiff further states that he alleged compliance with the CTCA in his initial Complaint at page 3, ¶ 4.  [*See* Dkt. No. 1.]  Plaintiff contends that Defendants' claim of noncompliance with the CTCA is without merit.  [Dkt. No. 33 at 2.]  He argues that Defendants have provided no evidence nor any affidavits from the County of Los Angeles to refute his claim. [*Id*.]

Plaintiff states that he has agreed to amend his First Amended Complaint and remove his third and fourth causes of action (*Monell* liability); however, he does not agree to dismiss his claim for punitive damages.  [*Id*. at 6-9.]  Plaintiff believes that that the current deadlines in the Case Management Order are sufficient. [*Id*. at 10.]

In light of the parties' arguments and positions, the Court extends the current dates and deadlines set forth in the Case Management Order.  The Court also concludes that Defendants may file a motion for judgment on the pleadings under Fed. R. Civ. P. 12(c) or a motion for partial summary judgment to address Plaintiff's request for punitive damages against the Los Angeles Sheriff's Department and his state law claims against all Defendants.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-04200-SSS-PD                                      Date:  December 22, 2022

Title      *Christopher T. Barone v. Los Angeles Cty. Sheriff's Department, et al*

The Court sets the following briefing schedule:

Defendants' motion shall be filed no later than **January 20, 2023**.

Plaintiff's opposition shall be filed no later than **February 10, 2023**.

Any optional reply shall be filed no later than **February 17, 2023**.

The Court extends the current dates and deadlines as follows:

**PRETRIAL DEADLINES**

| EVENT | DEADLINE |
|---|---|
| Serve Deposition Notices | **March 3, 2023** |
| Begin Depositions | **March 27, 2023** |
| Complete Fact Discovery | **April 3, 2023** |
| File Discovery Motions | **April 17, 2023** |
| File Substantive Motions (including Summary Judgment Motions, other than as set forth above) | **May 2, 2023** |

IT IS SO ORDERED.

:
iv
Initials of Preparer