# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BARONE,<br><br>PLAINTIFF(S)<br>v.<br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:21-4200-SSS-PD<br><br>**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below are deficient for the following reason(s): Plaintiff's Response to Request for Production [Dkt. No. 35], Response to Request for Production [Dkt. No. 36], and Response to Interrogatories [Dkt. No. 37]. Discovery responses should not be filed with the Court.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Response to Request for Production [Dkt. No. 35] | 02/23/2023 |
| Response to Request for Production [Dkt. No. 36] | 02/23/2023 |
| Response to Interrogatories [Dkt. No. 37] | 02/23/2023 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

| | |
|---|---|
| February 28, 2023 | PATRICIA DONAHUE |
| Date | United States District Judge/Magistrate Judge |