UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-04200-SSS-PD                                    Date:  March 29, 2023

Title     *Christopher T. Barone v. Los Angeles Cty. Sheriff's Department, et al*

Present: The Honorable:     Patricia Donahue, U.S. Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   Order Requiring Response to Second Amended Complaint

  On September 21, 2021, Plaintiff filed his First Amended Complaint ("FAC"). [Dkt. No. 10.]  On December 16, 2022, Plaintiff filed a Status Report stating that he agreed to amend the FAC to remove his third and fourth causes of action (*Monell* liability), but not to dismiss his punitive damages claim.  [Dkt. No. 33 at 6.]  On December 22, 2022, the Court issued an Order in which it permitted Defendants to file a motion for judgment on the pleadings or a partial summary judgment motion to address Plaintiff's punitive damages request and his state law claims.  [Dkt. No. 34.]  Defendants did not file anything by the deadline set by the Court.

  On March 2, 2023, Plaintiff filed a Second Amended Complaint ("SAC"). [Dkt. No. 39.]  The SAC raises seven claims: (1) violation of Plaintiff's Fourth Amendment rights by Parks, Metcalf for unlawful search and seizure; (2) violation of Plaintiff's Fourth Amendment rights by LASD for unlawful entry and search and seizure of his property; (3) *Monell* liability for LACSD's policies, customs, usages and practices which caused Plaintiff's injury; (4) California state law false arrest and false imprisonment claim against all defendants; (5)  violation of the Bane Act, a California state law, against all defendants; (6) negligence against all defendants for breaching a duty of care

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-04200-SSS-PD                               Date:  March 29, 2023

Title       *Christopher T. Barone v. Los Angeles Cty. Sheriff's Department, et al*

to Plaintiff; and (7) intentional infliction of emotional distress against all defendants.[1]  [*Id.*, ¶¶19-77.]

The SAC does not contain a request for punitive damages or the third cause of action under *Monell* for failure to train and or discipline deputies and officers that were in the FAC.  The SAC does contain the *Monell* claim that was the fourth cause of action in the FAC.  The SAC does not add any new causes of action.

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the Court authorizes the filing of the SAC.

Defendants are ordered to file a responsive pleading to the SAC by **April 6, 2023**.  All deadlines set by the Court in the Order re Further Proceedings and Briefing Schedule [Dkt. No. 34] remain in effect.

IT IS SO ORDERED.

:
iv
Initials of Preparer

---

[1] Plaintiff lists a state law battery cause of action on page 2 of his SAC; however, there are no allegations in support of a battery claim.