PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Avenue, Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

Attorneys for Defendants
Los Angeles County Sheriff's Department,
Deputy Alexandria Metcalf, and Deputy Heather Parks

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER T. BARONE,<br><br>     Plaintiff,<br><br>vs.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; and DOES 1 through 10, inclusive,<br><br>     Defendants. | Case No. 2:21-cv-04200-JWH-PD<br><br>Honorable Patricia A. Donahue<br><br>**STIPULATION TO CONTINUE DEADLINE TO FILE SUBSTANTIVE MOTIONS** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

The parties, Plaintiff Christopher Barone ("Plaintiff"), in pro per, and Defendants Los Angeles County Sheriff's Department, Deputy Alexandria Metcalf, and Deputy Heather Parks (collectively, "Defendants"), hereby enter into the following Stipulation:

WHEREAS on December 16, 2022, Plaintiff filed a Status Report [ECF 33] stating that he intended to amend his First Amended Complaint;

WHEREAS on March 1, 2023, Plaintiff filed his Second Amended Complaint ("SAC") [ECF 39];

1

1  WHEREAS on March 29, 2023, the Court ordered Defendants to file a
2  responsive pleading to the SAC by April 6, 2023 [ECF 40];
3  WHEREAS On April 6, 2023, Defendants filed their Answer to Plaintiff's
4  SAC [ECF 41];
5  WHEREAS the Parties agreed to postpone the deposition of Plaintiff until
6  after he filed his SAC, which deposition was held on March 21, 2023;
7  WHEREAS by Order entered on December 22, 2022 [ECF 34] the Court
8  set the last day to file any necessary dispositive motions as May 2, 2023; and,
9  WHEREAS because the SAC was only recently filed and responded to, and
10  because the deposition of Plaintiff was only recently taken, the parties need a
11  reasonable continuance of the motion filing deadline to bring any necessary law
12  and motion.
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

NOW, THEREFORE, the parties hereby stipulate that the Court should enter an order as follows:

(1) The deadline to file substantive motions shall be continued from May 2, 2023, to August 2, 2023.

Dated: April 19, 2022                LAWRENCE BEACH ALLEN & CHOI, PC


By _____/s/  Paul B. Beach_____
    Paul B. Beach
    Attorneys for Defendants
    Los Angeles County
    Sheriff's Department,
    Deputy Alexandria Metcalf and
    Deputy Heather Park


Dated: April 19, 2022                PLAINTIFF IN PRO PER


By _____[signature: Christopher T. Barone]_____
    Christopher Barone
    Plaintiff in Pro Per

3

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, J. Austin Raymundo, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 150 South Los Robles Avenue, Suite 660, Pasadena, California 91101.

On April 19, 2023, I served the foregoing **STIPULATION TO CONTINUE DEADLINE TO FILE SUBSTANTIVE MOTIONS** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Christopher Barone
5523 Old Salt Ln.
Agoura Hills, CA 91301
thectb@yahoo.com

BY MAIL:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Pasadena, California, in the ordinary course of business.  I am aware that on motion of the party service, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 19, 2023, at Pasadena, California.

By _____
Declarant

4