1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER T. BARONE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT; and<br>DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-04200-JWH-PD<br><br>Honorable Patricia A. Donahue<br><br>**[PROPOSED] ORDER<br>GRANTING STIPULATION TO<br>CONTINUE DEADLINE TO<br>FILE SUBSTANTIVE MOTIONS** |

1

1

## **PROPOSED ORDER**

2      Pursuant to the parties' Stipulation To Continue Deadline To File

3   Substantive Motions, and good cause appearing therefor, the Court hereby orders

4   as follows:

5          (1)     The deadline to file substantive motions shall be continued from

6   May 2, 2023, to August 2, 2023.

7

8          **IT IS SO ORDERED.**

9

10

11   Dated: _____          _____

12                                          Honorable Patricia A. Donahue
                                            United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, J. Austin Raymundo, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 150 South Los Robles Avenue, Suite 660, Pasadena, California 91101.

On April 19, 2023, I served the foregoing **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DEADLINE TO FILE SUBSTANTIVE MOTIONS** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Christopher Barone
5523 Old Salt Ln.
Agoura Hills, CA 91301
thectb@yahoo.com

BY MAIL:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Pasadena, California, in the ordinary course of business.  I am aware that on motion of the party service, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 19, 2023, at Pasadena, California.

By _____
               Declarant

3