UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-04200-SSS-PD                    Date:  April 28, 2023

Title      *Christopher T. Barone v. Los Angeles Cty. Sheriff's Department, et al*

Present:  The Honorable:      Patricia Donahue, U.S. Magistrate Judge

|  Isabel Verduzco  |  CS 04/28/23  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiff:       Attorneys Present for Defendants:

Christopher Barone, pro se                Paul B. Beach

**Proceedings:      Status Conference Re: Stipulation to Continue Deadline to File Substantive Motions [Dkt. Nos. 42, 44] and Denying Plaintiff's Motion for Sanctions [Dkt. No. 45]**

On April 28, 2023, the Court conducted an in-person status conference. The case was called and the Court and the parties discussed the Stipulation to Continue Deadlines and Plaintiff's Motion for Sanctions.  For the reasons discussed at the status conference, Plaintiff's Motion for Sanctions [Dkt. No. 45] is denied.

The parties also discussed a potential settlement conference.  As discussed, the parties will submit a stipulation regarding whether they consent to have Judge Donahue handle the settlement conference, and if so, proposed dates for the settlement conference.  Also as discussed, the parties are free to withhold consent without adverse substantive consequences.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-04200-SSS-PD                          Date:  April 28, 2023

Title      *Christopher T. Barone v. Los Angeles Cty. Sheriff's Department, et al*

The Court vacates the deadline for substantive motions.  After the settlement conference is set, the Court will set a deadline for substantive motions.

IT IS SO ORDERED.

|  |  |
| --- | --- |
|  | 1:00 |
| Initials of Preparer | iv |