UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-04200-SSS-PD | Date | July 10, 2023 |
|---|---|---|---|
| Title | Christopher Barone v. Los Angeles County Sheriff's Department, et al. | | |

| Present: The Honorable | PATRICIA DONAHUE, U.S. MAGISTRATE JUDGE |
|---|---|
| Isabel Verduzco | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER REGARDING SETTLEMENT CONFERENCE**

The settlement conference in this matter will be conducted by Magistrate Judge Patricia Donahue. By agreeing to have Judge Donahue conduct settlement proceedings and participating in those proceedings, the parties understand that since Judge Donahue is the assigned Magistrate Judge for pre-trial proceedings in this matter, the parties are waiving any argument of a potential conflict in having Judge Donahue serve as both a neutral for settlement purposes and the assigned Magistrate Judge for other pre-trial matters, including discovery and substantive motions, referred by the District Judge.

The purpose of the Settlement Conference is to permit an informal discussion between the attorneys, parties, and the settlement judge, of every aspect of the case bearing on its settlement value.

The Settlement Conference will take place on **Monday**, **August 7, 2023, at 9:30 a.m.** The participants will appear in person in Courtroom 580 of the Roybal Federal Courthouse.

Initials of Preparer   Iv

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-04200-SSS-PD | Date | July 10, 2023 |
|---|---|---|---|
| Title | Christopher Barone v. Los Angeles County Sheriff's Department, et al. | | |

In connection with the Settlement Conference, the Court also orders as follows:

**1. Mandatory Participation and Attendees**

Everyone whose decision is necessary for settlement must attend the Settlement Conference, even if a party, representative, or counsel is located outside the Central District of California, and be present for the entire duration of the Conference.

**2. Confidential Communications**

Local Rule 16-15.8 is adopted for this settlement proceeding, as described herein.  Pursuant to Local Rule 16-15.8 and Federal Rules of Evidence 408, all settlement proceedings shall be confidential, and no statement made therein shall be admissible in any proceeding in the case, unless the parties otherwise agree in writing.  No part of a settlement proceeding shall be reported or otherwise recorded, without the consent of the parties, except to take the appearances of the parties and for any memorialization of a settlement that the parties seek to place on the record.  Counsel is reminded, and must also notify their clients, that the Local Rules of Court prohibit non-court personnel from recording or broadcasting these proceedings.  See L.R. 83-6 et. seq.

Judge Donahue may, in her discretion, converse with the lawyers, the parties, or any one of them outside of the hearing of the others.  Judge Donahue also may, in her discretion, converse with Plaintiff and/or with Defendants' counsel by telephone in advance of the Settlement Conference.  The comments of Judge Donahue during any such separate sessions or ex parte conversations are not to be

|  | : |
|---|---|
| Initials of Preparer | lv |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-04200-SSS-PD | Date | July 10, 2023 |
|---|---|---|---|
| Title | Christopher Barone v. Los Angeles County Sheriff's Department, et al. | | |

recorded or used by counsel in any way during the Settlement Conference, in any court proceedings, or in settlement negotiations with opposing counsel either before or after the Settlement Conference.

Judge Donahue will not report the substance of any settlement discussions to the assigned District Judge, other than the fact of whether a settlement was reached or not.

### 3. Pre-Settlement Conference Requirements, Including Exchange of Good-Faith Offers

At the Settlement Conference, each party shall be fully prepared to discuss all economic and non-economic factors relevant to a full and final settlement of the case. The parties must attempt in good faith to resolve the case before the Settlement Conference. Except in exceedingly rare situations, a mutual walk-away proposal or offer to waive the right to pursue fees and costs as the prevailing party will not be considered a good faith settlement offer and may result in the imposition of sanctions.

By no later than **July 26, 2023,** Plaintiff and Defendants' counsel shall exchange good-faith settlement offers. If the parties successfully resolve the case before the Conference or determine that the Conference should be postponed, counsel must immediately inform the courtroom deputy clerk.

By no later than **August 3, 2023**, each party shall submit, ex parte, a Confidential Settlement Conference Statement via email to PD_Chambers@cacd.uscourts.gov. The Statements should **not** be filed with the Clerk of the Court, and the Statements will not be made part of the case file. The Statements should be in the form of a letter and shall not exceed 10 pages,

|  | : |
|---|---|
| Initials of Preparer | Iv |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-04200-SSS-PD | Date | July 10, 2023 |
|---|---|---|---|
| Title | Christopher Barone v. Los Angeles County Sheriff's Department, et al. | | |

excluding material and necessary exhibits, absent prior permission of the Court. Each party may, if it chooses to do so, provide all or part of its Settlement Conference Statement to the other party.

Plaintiff's Statement shall contain the following information and should not exceed 10 pages:

(1) A short statement of the facts of the case.

(2) A list of your injuries that resulted from the incident in this case.

(3) A list of all economic damages claimed in this case. Economic damages are tangible losses, i.e., past and future medical expenses, loss of past and future earnings, etc.

(4) A list of all non-economic damages claimed in this case. Non-economic damages are intangible losses such as pain and suffering, emotional distress, etc.

(5) Your evaluation of a fair settlement in this case.

(6) State all previous offers made to settle this matter, and the last best offer to settle that was made by each party.

(7) Provide additional information, if any, that will aid the settlement judge.

Initials of Preparer     lv

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-04200-SSS-PD | Date | July 10, 2023 |
|---|---|---|---|
| Title | Christopher Barone v. Los Angeles County Sheriff's Department, et al. | | |

Defendants' Statement should be in the form of a letter and shall not exceed 10 pages, excluding material and necessary exhibits, absent prior permission of the Court and should include the following information:

(1) A brief statement of the facts of the case, including all claims and defenses. This statement should identify the major factual and legal issues in dispute and cite any controlling authorities.

(2) An itemized statement of the monetary damages claimed and of any other relief sought, including the evidentiary bases for the monetary damages and/or other relief sought.

(3) A history of past settlement discussions, offers and demands.

(4) A forthright evaluation of the party's likelihood of prevailing on each of its claims and/or defenses.

(5) The approximate amount of attorney's fees, time and costs expended to date, and an estimate of the fees, time and costs to be expended for further discovery, pretrial proceedings, and trial.

(6) Defendants' evaluation of the terms on which the case could be settled fairly and reasonably, considering the litigation and settlement positions of the other side.

(7) Any other relevant circumstance, information or variable that counsel believe will assist the Court in conducting a productive conference.

IT IS SO ORDERED.

                                                                                                                  : 

Initials of Preparer      Iv