UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 19 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTOPHER T. BARONE,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>LOS ANGELES COUNTY SHERIFFS DEPARTMENT; et al.,<br><br>        Defendants - Appellees. | No. 23-55786<br><br>D.C. No. 2:21-cv-04200-SSS-PD<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

      The judgment of this Court, entered September 27, 2023, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                        FOR THE COURT:

                                                        MOLLY C. DWYER<br>                                                        CLERK OF COURT