JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER T. BARONE,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al.<br><br>Defendants. | Case No. 2:21-cv-04200-SSS-PD<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, this action is **DISMISSED WITH PREJUDICE**.

DATED: June 12, 2024

_____
SUNSHINE S. SYKES
United States District Judge

-1-